PHILLIP A. TALBERT
United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN ALONSO CUADROS BRAVO,<br><br>Defendant. | CASE NO.  2:24-CR-0089-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>CURRENT DATE: June 3, 2024<br>PROPOSED DATE: August 12, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.   By previous order, this matter was set for status on June 3, 2024.

2.   By this stipulation, defendant now moves to continue the status conference until August 12, 2024 at 9:00 a.m., and to exclude time between June 3, 2024, and August 12, 2024, under Local Code T4.

3.   The parties agree and stipulate, and request that the Court find the following:

a)   The government has represented that the discovery associated with this case includes over 1,400 pages of Bates-stamped material and multiple videos.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)   Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review and

copy discovery for this matter, to prepare pretrial motions, and to otherwise prepare for trial.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) The continuance is not based on the congestion of the Court.

   f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 3, 2024 to August 12, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated: May 29, 2024         PHILLIP A. TALBERT
                United States Attorney

                /s/ *Veronica Alegría*
                VERONICA M.A. ALEGRÍA
                Assistant United States Attorney

Dated: May 29, 2024         /s/ *Douglas Beevers*
                DOUGLAS BEEVERS
                Assistant Federal Defender
                Counsel for Defendant
                EDWIN ALONSO CUADROS
                BRAVO

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: May 29, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE