UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA



FILED
APR 2 1 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**EDWIN ALONSO CUADROS BRAVO,** )<br>)<br>Defendant. )<br>_____) | Case No. 2:24CR00089-01 WBS<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **EDWIN ALONSO CUADROS BRAVO** Case 2:24CR00089-01 WBS from custody for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    __   Unsecured bond

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    **X**   (Other)  **Defendant was sentenced to a term of TIME SERVED.**

Issued at  Sacramento, CA  on  April 21, 2025  at  11:30 a.m.

By _____
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing